```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 175 CROSSWAYS LLC ET AL., <br><br> **Plaintiffs,** <br><br> -against- <br><br> OVERSEAS MILITARY SALES CORP ET AL., <br><br> **Defendants.** | 23-cv-04628 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On June 15, 2023, the Court ordered the parties to file letters by June 30, 2023, addressing whether the Court has jurisdiction over this matter and whether the "forum defendant rule" bars removal of this matter. ECF No. 5. The parties filed their respective letters on June 30, 2023. *See* ECF Nos. 13-15. In their letter to the Court, Plaintiffs explain that Defendant Overseas Military Sales Corp. ("Overseas") "was named in the litigation as an 'interested party' because of its status as Hartford's insured and because it was the party that agreed to procure insurance for 175 Crossways, and there are no claims against [Overseas] in this action." ECF No. 14.

The parties are hereby **ORDERED** to confer and submit a joint status report on or by **July 21, 2023.** The Plaintiffs shall advise the Court as to whether they wish to dismiss Defendant Overseas from this action.

**SO ORDERED.**

Dated:   July 17, 2023
         New York, New York

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**