```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

175 CROSSWAYS LLC, et al.,

                Plaintiffs,

-against-

HARTFORD CASUALTY INSURANCE COMPANY,

                Defendant.

23-CV-04628 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Netburn for all General Pretrial Purposes, including settlement. All orders, dates, and deadlines imposed by Magistrate Judge Netburn likewise remain in effect, and applications concerning those matters should continue to be directed to Magistrate Judge Netburn.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge